# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: ROBERT MARKS, JR.  
1618 IRIS AVENUE  
ROCKFORD, IL 61102  

SSN-xxx-xx-1750

Case Number: 05-72049

Case filed on: 4/25/2005  
Plan Confirmed on: 9/23/2005

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $13,350.00      Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 164.00 | 164.00 | 164.00 | 0.00 |
|  | Total Administration | 164.00 | 164.00 | 164.00 | 0.00 |
| 000 | BALSLEY & DAHLBERG LLP | 2,700.00 | 2,700.00 | 2,700.00 | 0.00 |
|  | Total Legal | 2,700.00 | 2,700.00 | 2,700.00 | 0.00 |
| 999 | ROBERT MARKS, JR. | 0.00 | 0.00 | 648.47 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 648.47 | 0.00 |
| 001 | BANK ONE | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | ECAST SETTLEMENT CORPORATION | 6,385.26 | 6,385.26 | 6,385.26 | 425.36 |
| 003 | CAPITAL ONE | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | CAVALRY INVESTMENTS | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | PORTFOLIO RECOVERY ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | INSIGHT COMMUNICATIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | MARSHALL FIELD | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | MEYER & NJUS, P.A. | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | NCO FINANCIAL SYSTEMS, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | PALISADES COLLECTION / ADVANTA | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | PENTAGROUP FINANCIAL, LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | TARGET STORES | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | ROCKFORD MERCANTILE AGENCY INC | 2,090.87 | 2,090.87 | 2,090.87 | 139.29 |
| 014 | ROUNDUP FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 8,476.13 | 8,476.13 | 8,476.13 | 564.65 |
|  | Grand Total: | 11,340.13 | 11,340.13 | 11,988.60 | 564.65 |

Total Paid Claimant:    $12,553.25  
Trustee Allowance:      $796.75  
Percent Paid Unsecured:    100.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just. Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

   /s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL on 12/30/2008        By  /s/Heather M. Fagan